**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: KATIE L. CUNNINGHAM v. METRA

Case Number:

An appearance is hereby filed by the undersigned as attorney for:
KATIE L. CUNNINGHAM

Attorney name (type or print): James T. Foley

Firm: Foley Law Group., LLC.

Street address: 580 Oakmont Lane

City/State/Zip: Westmont, IL. 60559

Bar ID Number: 6224939
(See item 3 in instructions)

Telephone Number: 630-908-3508

Email Address: jfoley@foleylawgroup.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/11/2026

Attorney signature: S/ JamesT.Foley
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023