**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KATIE L. CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:26-CV-09664 |
| | ) | |
| V. | ) | Judge: Martha M. Pacold |
| | ) | |
| NORTHEAST ILLINOIS REGIONAL | ) | Magistrate Judge: Daniel P. McLaughlin |
| COMMUTER RAILROAD, d/b/a ,METRA | ) | |
| | ) | |
| Defendant. | ) | |

**INITIALSTATUS REPORT**

Plaintiff, KATIE L. CUNNINGHAM, by and through her attorneys Foley Law Group, LLC., submit the following Initial Status Report:

**1. Nature of the Case:**

A. Plaintiff, Katie L. Cunningham is represented by James T. Foley, Foley Law Group, LLC, 580 Oakmont Lane, Westmont, IL 60559, 630-908-3508, email jfoley@foleylawgroup.com.

B. Plaintiff has filed a four count complaint against her employer, METRA. Count I premised on 42 U.S.C. Section 1983, Violation of Equal Protection; Count II Title VII, 42 U.S.C. Sec. 2000(e) *et seq* – Sexual Discrimination and Harassment; Count III Hostile Work Environment; Count IV, Intentional Infliction of Emotional Distress; and Count V, 42 U.S.C. Sec. 1983, Equal Protection.

C. Plaintiff at this early point in the litigation believes the major legal and factual issues will involve the liability of the Defendant, METRA.

D. The relief sought by the Plaintiff include recovery of all wages and benefits the Plaintiff is entitled to; compensatory damages to be determined by the jury; pre-judgment interest on the above damages; punitive damages as allowed by law; and an award of attorneys' fees, costs, and litigation expenses.

**2. Jurisdiction**

A. As set forth above in paragraph 1 (B) Count I is premised on 42 U.S.C. Sec. 1983, Violation of Equal Protection; Count II Title VII, 42 U.S.C. Sec. 2000(e) *et seq* – Sexual Discrimination and Harassment; and Count V, 42 U.S.C. Sec. 1983

Equal Protection Claim.

B. Count III, Hostile Work Environment and Count IV, Intentional Infliction of Emotional Distress are based upon supplemental jurisdiction, with damages exceeding $75,000.00 and all facts supporting Counts III and IV arising out of the same facts as Counts I, II and V.

(1) As stated above, the amount in controversy exceeds $75,000.00.

(2) Plaintiff is a resident of the State of Indiana and Defendant METRA is an Illinois Corporation.

**3. Status of Service**

Plaintiff has sent via certified mail a "Request for Waiver of Service of Summons" and a "Waiver of the Service of Summons" ; however she has not yet received an executed waiver of service.

**4. Consent to Magistrate**

Due to the fact that Defendant METRA has not yet returned the waiver and counsel has not yet filed an appearance on behalf of Defendant METRA the issue of consent has not yet been discussed.

**5. Motions**

There are currently no pending Motions.

**6. Status of Settlement**

Due to the fact that Defendant has not yet returned the waiver, and counsel has not yet filed an appearance, there has been no settlement discussions.

**Date:** September 16, 2026

Respectfully submitted,

KATIE L. CUNNINGHAM

By: s/s James T. Foley
Attorney for Plaintiff

James T. Foley
Foley Law Group, LLC.
580 Oakmont Lane
Westmont, IL 60559
(630) 908-3508
jfoley@foleylawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2026 he caused to be filed electronically the foregoing Initial Status Report with the Clerk of the Court using the CM/ECF system.

/s/ James T. Foley
James T. Foley
Foley Law Group, LLC.
580 Oakmont Lane
Westmont, IL 60559
(630) 908-3508
jfoley@foleylawgroup.com