**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Katie L Cunningham

Plaintiff,

v.

Case No.: 1:26−cv−09664
Honorable Martha M. Pacold

Northeast Illinois Regional Commuter Railroad

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 18, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's status report [5]. Plaintiff (or both parties if defendant has appeared) shall file an updated status report by 10/28/2026 on the same topics. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.